It is ORDERED that the petition for certification is denied, with costs.

177 A.3d 115

IN RE PETITION FOR AUTHORIZATION TO CONDUCT A REFER-ENDUM ON THE WITHDRAWAL OF THE BOROUGH OF WOODCLIFF LAKE FROM THE PASCACK VALLEY REGION-AL SCHOOL DISTRICT. (TOWNSHIP OF RIVER VALE–PETI-TIONER)

C–393 September Term 2017
079924

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004084–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.